FILED
CLERK, U.S. DISTRICT COURT

MAR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES E. JONES, III,                  ) Case No. CV 08-6816-SGL (PJW)
                                        )
                    Petitioner,         )
                                        )
                                        ) ORDER ACCEPTING REPORT AND
          v.                            ) ADOPTING FINDINGS, CONCLUSIONS,
                                        ) AND RECOMMENDATIONS OF UNITED
TOM FELKER, WARDEN,                     ) STATES MAGISTRATE JUDGE
                                        )
                    Respondent.         )
                                        )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered de novo the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    3-19-09    .


                              STEPHEN G. LARSON
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JONES, C 6816\Order accep r&r.wpd