FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES E. JONES, III,  ) CASE NO. CV 08-6816-SGL (PJW)
)
        Petitioner,  ) JUDGMENT
)
    v.  )
)
TOM FELKER, WARDEN,  )
)
        Respondent.  )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3-19-09.

*signature*
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JONES, C 6816\Judgment.wpd